UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

MAY 17 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MARCIANO PLATA; et al.,

             Plaintiffs - Appellees,

  v.

 GAVIN NEWSOM, Governor of the
State of California and KATHLEEN
ALLISON, Secretary of the California
Department of Corrections and
Rehabilitation,

             Defendants - Appellants,

------------------------------

J. CLARK KELSO,

             Receiver - Appellee.

No. 21-16696

D.C. No. 4:01-cv-01351-JST
U.S. District Court for Northern
California, Oakland

**MANDATE**

The judgment of this Court, entered April 25, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7